October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

VERNON ADDISON, Appellant

NO. 14-12-00452-CR                          V.

THE STATE OF TEXAS, Appellee

_____

 This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

 We further order the mandate be issued immediately.

 We further order this decision certified below for observance.